**Order entered October 13, 2017**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01146-CV

### IN THE INTEREST OF Z.H., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-16-03051

## ORDER

Before the Court is the October 13, 2017 request of court reporter Glenda Johnson for an extension of time to file the reporter's record. We **GRANT** the request. The reporter's record shall be filed by **October 23, 2017**. Further requests for extension in this accelerated appeal involving the termination of appellant's parental rights will be disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Johnson and all parties.

/s/     DAVID EVANS
          JUSTICE